UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CHARLES PRITCHETT,                           07 CV 3169 (HB)

                Plaintiff,

   -against-                                  **DECLARATION OF SERVICE**

THE CITY OF NEW YORK, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       Michael B. Lumer, Esq., an attorney duly admitted to practice law before this Court and the Courts of the State of New York, pursuant to CPLR 2106, hereby declares under penalty of perjury that on April 25, 2007, at 10:01 a.m., I personally served a true copy of the Summons and Complaint upon defendant The City of New York, by personally delivering a true copy thereof to Michael Cardozo, Esq., Corporation Counsel, at 100 Church Street, New York, New York 10007, by handing the aforesaid documents to a Ms. Madlyn Santana, a female of medium complection, approximately 25 years of age, five feet and five inches in height and one hundred fifteen pounds in weight, located at the Fourth Floor Intake Window, who identified herself as Docketing Clerk No. 9 and stated that she was authorized to accept service on behalf of the municipal defendant.

Dated:  Brooklyn, New York
        April 25, 2007

                                             /s/   Michael Lumer
                                             Michael B. Lumer, Esq. (ML-1947)
                                             Reibman & Weiner
                                             26 Court Street
                                             Brooklyn, New York 11242
                                             (718) 522-1743