UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                           CASE No. CV073169

CHARLES PRITCHETT,

                                                                        Calendar No.
                                            Plaintiff(s) Petitioner(s)
                    against                                             AFFIDAVIT
                                                                          OF
CITY OF NEW YORK ET AL,                                                 SERVICE
                                            Defendant(s) Respondent(s)

KINGS COUNTY, NEW YORK STATE: Domingo R. Barros                         being sworn,
says: Deponent is not a party herein, is over 18 years of age and resides at 26 Court Street, Brooklyn, New York
On MAY 16, 2007 at 5:50 P.M., at 2877 BARKLEY AVENUE BRONX, NEW YORK
deponent served the within ☐ summons  ☐ with notice            ☐ summons, Spanish summons and complaint, the language required by NYCRR
                            ☒ summons and complaint              2900.2(e), (f) & (h) was set forth on the face of the summons(es)
                            ☐ notice of petition and petition   ☐ citation
                            ☐ subpoena  ☐ subpoena duces tecum  ☐

on POLICE OFFICER ROBERT CANDREA (SHIELD #07049) ☒ defendant   (hereinafter
                                                 ☐ respondent   called         therein named
                                                 ☐ witness      the recipient)

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☐ a ___ corporation, by delivering thereat a true copy of each to ___ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be ___ thereof

**SUITABLE AGE PERSON 3.** ☒ by delivering thereat a true copy of each to LIEUTENANT HALLORAN a person of suitable age and discretion. Said premises is recipient's ☒ actual place of business  ☐ dwelling place  ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business  ☐ dwelling place  ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

Deponent talked to ___ at said premises who stated that recipient ☐ lived ☐ worked there.

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at ___ and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient at recipient's actual place of business, at ___ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☒
☒ Male       ☒ White Skin    ☐ Black Hair     ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
☐ Female     ☐ Black Skin    ☒ Brown Hair     ☐ Balding      ☒ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
             ☐ Yellow Skin   ☐ Blonde Hair    ☐ Mustache     ☐ 36-50 Yrs.   ☐ 5'4"-5'8"    ☐ 131-160 Lbs.
             ☐ Brown Skin    ☐ Gray Hair      ☐ Beard        ☐ 51-65 Yrs.   ☒ 5'9"-6'0"    ☒ 161-200 Lbs.
             ☐ Red Skin      ☐ Red Hair       ☐ Glasses      ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.
Other identifying features:

**WITNESS FEES** ☐ $ ___ the authorizing traveling expenses and one days' witness fee:   ☐ was paid (tendered) to the recipient
                                                                                          ☐ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.
Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 5/16/07

KAREN BARROS
Notary Public, State of N.Y.
No. 01BA6119737
Qualified in Westchester Co.
Commission Expires Dec. 06 2008

Domingo R. Barros                License No. 745503

© 1978 BY JULIUS BLUMBERG, INC. PUBLISHER NYC 10013