

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 Church St.
New York, NY 10007

JOYCE CAMPBELL PRIVÉTERRE
*Special Federal Litigation Division*
(212) 788-1277
Fax: (212) 788-9776

July 5, 2007

**Via Facsimile (212) 805-7901**
The Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

       Re: Pritchett v. City of New York et al.
         07 CV 3169 (HB)(GWG)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City. Plaintiff has filed the above-referenced complaint, wherein he alleges, *inter alia*, that on July 29, 2006 he was falsely arrested and detained by New York City police officers.

  Upon review of the docket sheet, the undersigned has been apprised that the individual defendants, Police Officer Mindy Angueira, Police Officer Robert Candrea, Police Officers Eric Christiansen, Police Officer William Wilson, Captain William McSorley and Police Officer James Rogers were served with the complaint on May 16, 2007, and their respective answers are due June 5, 2007. Although the City is not representing the individual defendants, and without waiving any potential defenses, we respectfully request a further enlargement of their time to answer or otherwise respond to the complaint to from June 5, 2007 to July 27, 2007. Plaintiff's counsel, Michael Lumer, Esq., has not consented to this request.

  The further enlargement is requested because the City is still continuing its representational investigation to determine, pursuant to Section 50-k of the New York General Municipal Law, and based on a review of the facts of the case, whether the City will represent defendants Angueira, Candrea, Christiansen, Wilson, McSorley and Rogers. See Mercurio v. The City of New York, et al., 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting Williams v. City of New York, et al., 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)).

This is defendants', Angueira, Candrea, Christiansen, Wilson, McSorley and Rogers, first request for an enlargement of time to respond to the complaint. On May 25, 2007, the Court granted the City's request for an enlargement of time from April 25, 2007 to July 13, 2007.

Accordingly, it is respectfully requested that defendants', Angueira, Candrea, Christiansen, Wilson, McSorley and Rogers, time to answer or otherwise respond to the complaint be enlarged from June 5, 2007 to July 27, 2007.

Thank you for your consideration in this matter.

Respectfully submitted,

Joyce Campbell/Privéterre (JCP 1846)
Assistant Corporation Counsel

cc:    **Via Facsimile (718) 643-9297**

Michael B. Lumer, Esq.
Reibman & Weiner
Attorneys for Plaintiff
26 Court Street, Suite 1005
Brooklyn, New York 11242