**REIBMAN & WEINER**
26 Court Street
Suite 1005
Brooklyn, NY 11242
Telephone (718) 522-1743
Facsimile (718) 643-9297

JUL 16 2008

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/07

July 16, 2007

**Via Facsimile**
Hon. Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Pritchett v. City of New York,
      07 CV 3169 (HB)

Dear Judge Baer:

This firm represents plaintiff Charles Pritchett in the above action. By this letter plaintiff respectfully requests that the initial conference in this matter, which is currently scheduled for July 19, 2007, at 2:00 p.m., be held telephonically. Defense counsel, Assistant Corporation Counsel Joyce Campbell Priveterre, consents to this request.

This conference was originally scheduled to take place on July 19 at 4:30 p.m. With that understanding, I scheduled a time-sensitive deposition to run through the morning and early-to-mid afternoon of that date in another matter. That deposition was difficult to arrange, and we would greatly prefer that it not be adjourned.

Accordingly, we ask that the Court permit the parties to proceed with the conference telephonically at the scheduled time of 2:00 p.m.

Thank you for your attention and consideration in this matter.

Respectfully submitted,

Michael B. Lumer (ML-1947)

cc:  Joyce Campbell Priveterre, ACC (by facsimile)

[handwritten notation: As your request as its on my calendar was 2 will be put on — PC will be done.]

SO ORDERED
Harold Baer, Jr., S.D.J.
Date: 7/17/07

Endorsement:

If its on my calendar as you suggest for 2:00 P.M. on the 19th - telephone conference will be fine so long as you set it up.