UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CHARLES PRITCHETT,

                Plaintiff,                07 CV 3169 (HB)

    -against-

THE CITY OF NEW YORK,
CAPTAIN WILLIAM McSORLEY,
POLICE OFFICER ROBERT CANDREA,      **REQUEST FOR**
POLICE OFFICER WILSON,                      **ENTRY OF DEFAULT**
POLICE OFFICER ERIK CHRISTIANSEN,
POLICE OFFICER MINDY ANGUEIRA,
POLICE OFFICER JAMES ROGERS, and
"JOHN/JANE DOES #1-5"

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO:      The Clerk of Court

      Upon the Declaration of Michael Lumer, Esq., dated April 9, 2008, a copy of which is attached and filed herewith, plaintiff Charles Pritchett hereby requests that the Clerk, pursuant to Fed.R.Civ.P. 55(a) and Local Rule 55.1, undertake the following:

      (1)      enter the default of defendant Police Officer James Rogers with respect to the claims contained in the Complaint filed by plaintiff on April 20, 2007, and served, with an accompanying Summons, on May 16, 2007; and

      (2)      issue a corresponding Certificate of Default.

Dated: Brooklyn, New York
       April 9, 2008

                        REIBMAN & WEINER

        By: _____
             Michael B. Lumer (ML-1947)
             Attorneys for Plaintiff
             26 Court Street, Suite 1005
             Brooklyn, New York 11242
             (718) 522-1743