UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHARLES PRITCHETT,

                    Plaintiff,           07 CV 3169 (HB)

    -against-

THE CITY OF NEW YORK, CAPTAIN WILLIAM
McSORLEY, POLICE OFFICER ROBERT
CANDREA, POLICE OFFICER WILSON, POLICE    **CLERK'S CERTIFICATE**
OFFICER ERIK CHRISTIANSEN, POLICE
OFFICER MINDY ANGUEIRA, POLICE OFFICER
JAMES ROGERS, and "JOHN/JANE DOES #1-5"

                    Defendants.
------------------------------------X

       I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on April 20, 2007, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Police Officer James Rogers by personally serving a true copy of the summons and complaint on a Lieutenant Halloran on May 16, 2007, at defendant's place of employment, and proof of such service thereof was filed on May 21, 2007.

       I further certify that the docket entries indicate that the defendant Police Officer James Rogers has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant Police Officer James Rogers is hereby noted.

Dated: New York, New York
       April _____, 2008

                                    J. MICHAEL MCMAHON
                                      Clerk of the Court

                        By: _____
                                Deputy Clerk