# REIBMAN & WEINER
26 COURT STREET
SUITE 1005
BROOKLYN, NEW YORK 11242
Telephone (718) 522-1743
Facsimile (718) 643-9297

April 28, 2008

**Via Facsimile**
Hon. Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/30/08

   Re: Pritchett v. City of New York,
      07 CV 3169 (HB)

Dear Judge Baer:

  We represent plaintiff Charles Pritchett in the above action and write in response to the Court's endorsement of defendant's letter of April 25, 2008, concerning defendant James Rogers. While plaintiff is no longer pursuing a default judgment against James Rogers, we are not consenting to the dismissal of the action against him at this time. We are, however, not presently intending to obtain a default judgment. Rather, we will wait to see if further discovery and deposition testimony provide further evidence as to James Rogers' involvement.

  In short, one of the defendants expressly identified James Rogers by shield number as one of many NYPD participants in plaintiff's arrest. Another officer, Robert Rogers, now states (and defendants' belated discovery production confirms) that he too was there, and the City seeks to answer on his behalf. However, none of defendants' discovery production indicates that James Rogers was not present, as defendant Candrea has sworn he was.

  Therefore, until such time, plaintiff asks that (a) no party be dismissed from the action, and (b) he be permitted to amend his complaint to add Robert Rogers as a defendant.

  Thank you for your attention and consideration in this matter.

            Respectfully submitted,

            Michael B. Lumer (ML-1947)

cc: Joyce Campbell Priveterre, ACC (By facsimile)

*[Handwritten endorsement across page:]* Mr. Lumer — (1) As I said yesterday I did not intend the Ct to consolidate several suits unless you agreed. (2) the City may answer for Robt. — as to James Rogers, for not doing it yet simply. SO ORDERED. Harold Baer, Jr. U.S.D.J. Date: 4/29/08

Endorsement:

1) Mr. Lumer - Suit yourself.
2) The City may interpose an answer preferably consolidated with the answer of other police officer defendants unless you have a good reason for not doing so and explain it to me promptly. Keep in mind discovery cut off 6/30/08.