UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

CHARLES PRITCHETT,

                         Plaintiff,

        -against-

THE CITY OF NEW YORK, CAPTAIN WILLIAM
McSORLEY, POLICE OFFICER ROBERT CANDREA,
POLICE OFFICER WILSON, POLICE OFFICER ERIK
CHRISTIANSEN, POLICE OFFICER MINDY
ANGUEIRA, POLICE OFFCER JAMES ROGERS, and
"JOHN/JANE DOES #1-5" believed to be members of the
NEW YORK CITY POLICE DEPARTMENT,

                         Defendants.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

**07 CV 3169 (HB)(GWG)**

      **PLEASE TAKE NOTICE** that **David M. Pollack**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, and Police Captain William McSorley, Police Officer Robert Candrea, Police Officer William Wilson, Police Officer Eric Christiansen, Police Officer Mindy Angueira and Police Officer James Rogers having replaced Assistant Corporation Counsel Joyce Cambell Priveterre, effective June 10, 2008.

Dated: New York, New York
       June 16, 2008

                                           MICHAEL A. CARDOZO
                                           Corporation Counsel
                                               of the City of New York
                                           Attorney for Defendants
                                           100 Church Street, Room 3-146
                                           New York, New York 10007
                                           (212) 788-1894

                                           By: s/ David M. Pollack

                                                             David M. Pollack (DP-3873)
                                                             Assistant Corporation Counsel
                                                             Special Federal Litigation Division

To: <u>BY ECF</u>
    Michael Lumer, Esq.
    Attorney for Plaintiff
    26 Court Street

2